1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| EUROPACORP, | CASE NO. CV 10-2917 DSF (FFMx) |
| Plaintiff, | **PRELIMINARY INJUNCTION** |
| vs. | |
| CONSOLIDATED PICTURES GROUP, INC., and DOES 1-10, inclusive;, | |
| Defendants. | |

**PRELIMINARY INJUNCTION**

Having considered the Complaint, Motion for Preliminary Injunction, and supporting papers filed by Plaintiff EuropaCorp, the documents submitted in opposition to the Motion, and the oral argument of counsel, the Court grants the Motion and enters a Preliminary Injunction as follows.

It is ordered that Defendant Consolidated Pictures Group, Inc. and its officers, agents, servants, employees, and attorneys, and all persons acting in concert or participation with any or all of them, are enjoined and restrained from engaging in, committing, or performing, directly or indirectly, any and all of the following acts, from the issuance of this Preliminary Injunction until the entry of final judgment in this action or further order of the Court:

1. Publicly displaying or exhibiting all or any portion of the motion picture *I Love You Phillip Morris* (the "Picture");

2. Copying the Picture;

3. Distributing, licensing, or attempting to distribute or license the Picture in any media;

4. Negotiating or attempting to negotiate agreements regarding the distribution, exhibition, or exploitation of the Picture;

5. Publicly identifying Consolidated Pictures Group, Inc. as the distributor of the Picture, or otherwise representing to third parties that Consolidated Pictures Group, Inc. has rights in the Picture; and

6. Otherwise exploiting or attempting to exploit any of the applicable copyright rights enumerated in the U.S. Copyright Act, 17 U.S.C. § 106.

It is also ordered that Defendant and its officers, agents, servants, employees, and attorneys, and all persons acting in concert or participation with any or all of them, shall return to Plaintiff all materials and elements relating to the Picture provided to Consolidated Pictures Group, Inc. by EuropaCorp, including without limitation all materials listed on the "Delivery Schedule" agreed on by the parties,

and all materials relating to the Picture created by Consolidated Pictures Group, Inc. or its sub-licensees, including without limitation all materials relating to any trailer and advertising for the Picture.

    The above Preliminary Injunction is effective on the filing of a bond in the sum of $500,000.

DATED:  May 24, 2010

_____
Dale S. Fischer
United States District Judge