KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
DALE F. KINSELLA (SBN 063370)
  dkinsella@kwikalaw.com
GREGORY P. KORN (SBN 205306)
  gkorn@kwikalaw.com
CHAD R. FITZGERALD (SBN 217551)
  cfitzgerald@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California  90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for EUROPACORP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUROPACORP,<br><br>            Plaintiff,<br><br>    vs.<br><br>CONSOLIDATED PICTURES GROUP, INC., and DOES 1-10, inclusive;,<br><br>            Defendants. | CASE NO. CV 10-2917 DSF (FFMx)<br><br>**JUDGMENT AND PERMANENT INJUNCTION**<br><br>JS-6 |

10283.00002/56629.1

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1. Whereas Plaintiff EuropaCorp, by and through its counsel of record, and Defendant Consolidated Pictures Group, Inc. ("CPG"), by and through its counsel of record, have agreed to a settlement of this action and all claims and counterclaims that were or could have been raised herein, and have stipulated to the entry of the following Judgment and Permanent Injunction, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

    1. The Court enters Judgment on the Complaint in favor of EuropaCorp and against CPG and enters a permanent injunction as follows:

    CPG and its officers, directors, agents, servants, employees, and attorneys, and all persons acting in concert or participation with any or all of them, are permanently enjoined and restrained from engaging in, committing, or performing, directly or indirectly, any and all of the following acts:

    A. Publicly displaying or exhibiting all or any portion of the motion picture *I Love You Phillip Morris* (the "Picture");

    B. Distributing, licensing, or attempting to distribute or license the Picture in any media;

    C. Negotiating or attempting to negotiate agreements regarding the distribution, exhibition, or exploitation of the Picture;

    D. Publicly identifying Consolidated Pictures Group, Inc. as the distributor of the Picture or otherwise representing to third parties that Consolidated Pictures Group, Inc. has rights in the Picture; and

    E. Otherwise exploiting or attempting to exploit any of the applicable copyright rights in the Picture as enumerated in the U.S. Copyright Act, 17 U.S.C. § 106.

    2. Except as expressly set forth above, EuropaCorp shall take nothing further by way of the Complaint.

    3. The parties' respective attorney's fees and costs incurred in connection with this action shall be borne as per the agreement of the individual parties in their

Settlement Agreement.

4. This Court will retain continuing jurisdiction over this case to enforce the terms of this Judgment And Permanent Injunction.

DATED: March 3, 2011

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

10283.00002/56629.1

2